UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **James Brian Tidwell**, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**Regions Bank,** )<br>**Bank of America, N.A.,** )<br>**JPMorgan Chase Bank,** )<br>**Equifax, Inc., Trans Union, LLC,** )<br>a foreign limited liability company, )<br>**Experian Information Solutions, Inc.,** )<br>**Synchrony Financial,** )<br>**& Real Time Resolutions, Inc.,** )<br>    Defendants. ) | Civil Action No. 2:17-cv-686-GMB |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST REAL TIME RESOLUTIONS, INC.

This case having been resolved between the parties, it is hereby stipulated that the Complaint and the action originally filed by James Brian Tidwell, be dismissed, with prejudice to all claims actually made, or which could have been made by said Plaintiff against Defendant Real Time Resolutions, Inc., arising out of the facts and circumstances referred to in the pleadings herein, each party to bear their own costs.

Done this the 15th day of November 2017.

>   */s/Bradford J. Griffin*
>   Bradford J. Griffin (GRI083)
>   *The Law Offices of Vickers*
>   *& White, PLLC*
>   428 South Lawrence Street
>   Montgomery, Alabama 36104
>   334-269-4788

## CERTIFICATE OF SERVICE

      I, Bradford J. Griffin, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic notification via filing the same with the CM/ECF system on this 15th day of November 2017, to:

Regions Bank,
c/o CORPORATION SERVICE COMPANY INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

Bank of America, N.A.,
c/o CT CORPORATION SYSTEM
2 NORTH JACKSON STREET SUITE 605
MONTGOMERY, AL 36109

JPMorgan Chase Bank,
c/o C T CORPORATION SYSTEM
2 NORTH JACKSON ST., SUITE 605
MONTGOMERY, AL 36104

Equifax, Inc.,
c/o PRENTICE HALL CORPORATION SYSTEM INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

Trans Union, LLC,
PRENTICE HALL CORPORATION SYSTEM INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

Experian Information Solutions, Inc.,
c/o C T CORPORATION SYSTEM
2 NORTH JACKSON ST., SUITE 605
MONTGOMERY, AL 36104

Synchrony Financial,
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER, 1209 ORANGE ST
WILMINGTON, DE 19801

Real Time Resolutions, Inc.
c/o C T CORPORATION SYSTEM
2 NORTH JACKSON ST., SUITE 605
MONTGOMERY, AL 36104

                               */s/Bradford J. Griffin*
                               Bradford J. Griffin (GRI083)
                               *Attorney for Plaintiff*