IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES BRIAN TIDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:17-cv-686-GMB |
| ) | |
| REGIONS BANK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties have informed the court of their agreements to dismiss the claims of Plaintiff James Brian Tidwell against certain defendants. *See* Docs. 27, 31 & 40. Accordingly, it is ORDERED that, on or before **January 8, 2018**, all parties who have agreed to a settlement of existing claims shall file joint stipulations of dismissal that comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Local Rules of this court.

DONE on the 12th day of December, 2017.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE