IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES BRIAN TIDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:17-cv-686-GMB |
| | ) | |
| REGIONS BANK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Pending before the court is the Motion to Extend Time to Respond to Defendant, Bank of America, N.A.'s Motion to Dismiss filed by Plaintiff James Brian Tidwell. Doc. 43. For good cause, it is ORDERED that the motion (Doc. 43) is GRANTED. It is further ORDERED that, on or before **December 29, 2017**, the plaintiff shall either file a response to the pending motion to dismiss (Doc. 24), or file a joint stipulation of dismissal that complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Local Rules of this court. If necessary, the moving defendant shall file a reply on or before **January 8, 2018**.

DONE this 12th day of December, 2017.

/s/ Gray M. Borden
_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE