IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES BRIAN TIDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv686-MHT |
| | ) | (WO) |
| REGIONS BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of the "stipulation of dismissal" of claims against defendant Real Time Resolutions, Inc. (doc. no. 27), which the court construes as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Real Time Resolutions, Inc. is dismissed with prejudice and terminated as a party, with costs taxed as paid. All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 16th day of January, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE