IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES BRIAN TIDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:17cv686-MHT |
| ) | (WO) |
| REGIONS BANK, et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

Pursuant to the stipulation of dismissal (doc. no. 48), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Regions Bank is dismissed with prejudice and terminated as a party, with costs taxed as paid. All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 16th day of January, 2018.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**