IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JAMES BRIAN TIDWELL,      )
                          )
     Plaintiff,           )
                          )      CIVIL ACTION NO.
     v.                   )      2:17cv686-MHT
                          )         (WO)
BANK OF AMERICA, N.A.,    )
et al.,                   )
                          )
     Defendants.          )

### JUDGMENT

Upon consideration of the "stipulation of dismissal" of claims against defendant Equifax, Inc. (doc. no. 50), which does not comply with Federal Rule of Civil Procedure 41(a)(1)(A), but which the court construes as motion to dismiss pursuant to Rule 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion (doc. no. 50) is granted, and defendant Equifax, Inc. is dismissed with prejudice and terminated as a party, with costs taxed as paid. All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 16th day of January, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE