IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES BRIAN TIDWELL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv686-MHT |
| | ) | (WO) |
| BANK OF AMERICA, N.A., | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 61) is adopted.

(2) Defendant Bank of America, N.A.'s motion to dismiss (doc. no. 24) is granted.

(3) Plaintiff's claims against defendant Bank of America, N.A. are dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the magistrate judge for further proceedings.

DONE, this the 15th day of March, 2018.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE