IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES BRIAN TIDWELL,          )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:17cv686-MHT
                              )         (WO)
JPMORGAN CHASE BANK and       )
EXPERIAN INFORMATION          )
SOLUTIONS, INC.,              )
                              )
    Defendants.               )
```

**JUDGMENT**

Pursuant to the stipulations of dismissal (doc. nos. 65 & 66), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Experian Information Solutions, Inc., is dismissed with prejudice and terminated as a party, with costs taxed as paid. All claims against the other defendant remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 29th day of March, 2018.

                                     /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**