IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES BRIAN TIDWELL,** | ) | |
| Plaintiff, | ) ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **2:17cv686-MHT** |
| | ) | **(WO)** |
| **JPMORGAN CHASE BANK,** | ) ) | |
| Defendant. | ) | |

## JUDGMENT

Upon consideration of plaintiff's motion to dismiss defendant Chase Bank USA, N.A, incorrectly identified in the complaint as JPMorgan Chase Bank, with prejudice, it is the ORDER, JUDGMENT, and DECREE of the court that the motion (doc. no. 68) is granted, and defendant Chase Bank USA, N.A. is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of April, 2018.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE